# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5249**  **September Term, 2024**

**1:18-cv-00809-ABJ**

**Filed On: February 12, 2025** [2100296]

Angela Eve Maloney, individually, on behalf of others similarly situated,

      Appellant

      v.

Marco Rubio, in his official capacity as Secretary, United States Department of State,

      Appellee

## M A N D A T E

In accordance with the order of December 18, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

                  BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk

Link to the order filed December 18, 2024